UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO HARRIS BANK N.A.,<br><br>  Plaintiff,<br><br>  v.<br><br>LADDI TRUCK LINES, INC. and HARPREET SINGH,<br><br>  Defendants. | No. 1:23-cv-00070-ADA-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br>(ECF No. 13) |

Plaintiff BMO Harris Bank N.A. filed this civil action against Defendants Laddi Truck Lines Inc., a commercial trucking operation, and Harpreet Singh, an owner and officer of Laddi (collectively referred to as "Defendants"). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 22, 2023, the Magistrate Judge filed a Findings and Recommendation ("F&R"), recommending the District Court grant Plaintiff's motion for default judgment under Fed. R. Civ. P. 55(a) because Defendants neither timely appeared nor answered the Complaint. (*See* ECF No. 13.) The Court directed Plaintiff to mail a copy of the F&R to Defendants' last known addresses. (*Id.* at 12). On August 23, 2023, Plaintiff filed a Notice, containing a proof of service indicating that the F&R had been sent to Defendants. (ECF No. 14). The F&R contained notice that objections to the F&R were to be filed within fourteen days of service. (ECF No. 13 at 12).

Defendants have not filed any objections and the time to do so has passed.  (*See* docket).

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendation to be supported by the record and by proper analysis.

Accordingly, it is ORDERED:

1. The Findings and Recommendation, filed on August 22, 2023, (ECF No. 13), is ADOPTED in full.
2. The Clerk of Court shall terminate any pending motions, close this case, and enter judgment against Plaintiff.

IT IS SO ORDERED.

Dated:   September 18, 2023

_____
UNITED STATES DISTRICT JUDGE