## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**BMO HARRIS BANK N.A.,**

CASE NO: **1:23−CV−00070−ADA−HBK**

v.

**LADDI TRUCK LINES INC., ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 10/3/2023**

**Keith Holland**
Clerk of Court

ENTERED:  **October 3, 2023**

by: /s/ C. Marrujo
Deputy Clerk