UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BMO HARRIS BANK N.A., | No. 1:23-cv-00070-ADA-HBK |
| Plaintiff, | |
| v. | **AMENDED** ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |
| LADDI TRUCK LINES, INC., et al., | (ECF No. 13) |
| Defendants. | |

Plaintiff BMO Harris Bank N.A. filed this civil action against Defendants Laddi Truck Lines, Inc., a commercial trucking operation, and Harpreet Singh, an owner and officer of Laddi (collectively referred to as "Defendants"). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 22, 2023, the Magistrate Judge issued findings and recommendations, recommending that the Court grant Plaintiff's motion for default judgment under Federal Rule of Civil Procedure 55(a) because Defendants neither timely appeared nor answered the complaint. (*See* ECF No. 13.) The Court directed Plaintiff to mail a copy of the findings and recommendations to Defendants' last known addresses. (*Id.* at 12.) On August 23, 2023, Plaintiff filed a notice with proof of service indicating that the findings and recommendations had been sent to Defendants. (ECF No. 14.) The findings and recommendations contained notice that objections were to be filed within fourteen days of service. (ECF No. 13 at 12.) Defendants have

1

1  not filed objections and the time to do so has passed.

2  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B), the Court has conducted a
3  de novo review of this case. Having carefully reviewed the entire file, the Court concludes the
4  findings and recommendations are supported by the record and proper analysis.

5  Accordingly,

6  1.  The findings and recommendations filed on August 22, 2023, (ECF No. 13), are
7       adopted in full;
8  2.  The Clerk of Court shall terminate any pending motions and close this case; and
9  3.  The Clerk of Court shall issue an amended judgment in favor of Plaintiff BMO
10      Harris Bank N.A. and against Defendants Laddi Truck Lines, Inc. and Harpreet
11      Singh in accordance with this amended order.

IT IS SO ORDERED.

Dated:    October 3, 2023

UNITED STATES DISTRICT JUDGE